GRACE FORLENZA et al., Respondents, *v.* NEW YORK RAPID TRANSIT CORPORATION, Appellant.

Argued January 20, 1938; decided March 1, 1938.

*Andrew F. Van Thun, Jr.,* and *George D. Yeomans* for appellant.

*Murray Eisenberg* for respondents.

584

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.